UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMAS TIXI ROLDAN,<br><br>                    Plaintiff,<br><br>      -against-<br><br>MANNY'S SB CONSTRUCTION, INC. and<br>MANUEL F MIZHIRUMBAY,<br><br>                    Defendants. | 25-CV-9396 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On May 13, 2026, the Court ordered Defendants to show cause no later than May 26, 2026, as to why default judgment should not be entered against them. ECF No. 23. Defendant Manuel F Mizhirumbay then timely replied to the Court's Order to Show Cause. ECF No. 25.

"It is well established that default judgments are disfavored" and that the Second Circuit has expressed a "clear preference . . . for cases to be adjudicated on the merits." *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001). Additionally, "default judgment cannot be issued where the relief requested would prejudice actively litigating defendants." *Knowles-Carter v. Feyonce, Inc.*, No. 16-CV-2532 (AJN), 2017 WL 11567528, at *5 (S.D.N.Y. Sept. 23, 2017) (collecting cases). "The key inquiry is whether the default judgment could result in inconsistent outcomes for similarly situated defendants." *El Omari v. Buchanan*, No. 20-CV-2601 (VM), 2021 WL 465431, at *3 (S.D.N.Y. Feb. 9, 2021).

Here, "[t]he Court finds a significant risk of inconsistent results and prejudice that would result to the other, non-defaulting Defendant[]" should it grant Plaintiff's motion for default judgment. *City of Almaty v. Sater*, No. 19-CV-2645 (AJN), 2021 WL 4340541, at *2 (S.D.N.Y. Sept. 23, 2021). Because the individual defendant Manuel F Mizhirumbay timely responded and

a default judgement would be premature as to corporate defendant Manny's SB Construction, Inc., Plaintiff's motion for default judgment is DENIED in its entirety.

In a separate order, the Court will refer this case to Magistrate Judge McCarthy for general pretrial management.

The Clerk of Court is directed to terminate ECF No. 19 and update the address for Manuel F Mizhirumbay.

Dated: May 29, 2026
   White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge