UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TOMAS TIXI ROLDAN,

Plaintiff,

-against-

MANNY'S SB CONSTRUCTION INC, *et al.*,

Defendants.
----------------------------------------------------------X

**ORDER**

25 Civ. 9396 (JGLC)(JCM)

On June 22, 2026, the Court ordered Defendants to answer the Complaint no later than July 22, 2026, and scheduled a status conference for August 13, 2026. (Docket No. 28). Defendants did not appear at the August 13, 2026 conference, nor did they contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

Thereafter, the Court scheduled a telephone conference for October 23, 2026 and directed Defendants, in part, "to file a letter to the Court by September 3, 2026, explaining in writing (l) why they failed to appear at the August 13, 2026 conference, (2) why they should not be sanctioned for failing to appear, and (3) why they failed to answer the Complaint by July 22, 2026" ("Second Order"). (Docket No. 31). Defendants failed to respond to the Second Order and did not attend the October 23, 2026 telephone conference. However, it is unclear whether Defendants received a copy of the Second Order. Defendants still have not answered or otherwise responded to the Complaint.

Accordingly, Defendants are directed to file a letter to the Court by November 6, 2026, explaining (1) why they failed to appear at the August 13, 2026 and October 23, 2026

conferences, (2) why they should not be sanctioned for failing to appear,[1] and (3) why they failed to answer the Complaint.

Additionally, Defendants are advised that as Defendant Manny's SB Construction Inc. is a business entity, it "can only appear in court through an attorney, and may not proceed *pro se*." *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480,486 (S.D.N.Y. 2011); *see also Steadman v. Citigroup Glob. Markets Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022) ("A non-attorney may not represent a corporation even if they are the sole shareholder."). Therefore, if Defendants intend to participate in this litigation, Defendant Manny's SB Construction Inc. is directed to retain counsel, and both Defendants are directed to file an appropriate response to the Complaint, (Docket No. 1), no later than November 6, 2026.

Lastly, the Court has scheduled a telephone conference for November 16, 2026 at 11:00 a.m. The parties shall call 855-244-8681 and enter access code 1800490580 at the time of the conference. Defendants' failure to follow Court orders or to appear at the next conference may result in sanctions, including, but not limited to, the entry of default. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Defendants at the following address: 3 Longview Terrace, Goshen, NY 10924.

Dated: October 23, 2026
White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge

[1] Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court may issue sanctions, "including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney . . . fails to appear at a scheduling or other pretrial conference." Fed. R. Civ. P. 16(f)(1)(A).